UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JUNE LAKE AND LEROY LAKE, | Civil No. 09-2419 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| JOHN DOE AND PENTAGROUP FINANCIAL, LLC, | |
| Defendants. | |

---

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC,** 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiffs.

Michael Klutho, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for Defendant Pentagroup Financial, LLC.

This matter is before the Court upon the parties' Stipulated Dismissal With Prejudice filed December 2, 2009 [Docket No. 5].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and with each party to pay their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated: December 3, 2009
at Minneapolis, Minnesota
                                                                               s/ John R. Tunheim
                                                                              JOHN R. TUNHEIM
                                                        United States District Judge